**Dismiss and Opinion Filed March 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00974-CV

**JULIE HAMPTON, Appellant**
**V.**
**643 CAPITAL AGENT/LUCY FLORES, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-03814-E**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated July 17, 2013, we notified appellant the $175 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated July 17, 2013, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated August 29, 2013, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification she had paid for or made arrangements to pay for the clerk's record or to provide written documentation that she had been found entitled to proceed

without payment of costs. By letter dated January 28, 2014, we notified appellant her check for the filing fee had been returned for non-payment. We directed appellant to pay the overdue filing fee within ten days and that failure to do so would result in the dismissal of this appeal. To date, appellant has not paid the filing fee, provided proof of payment for the clerk's record, or provided documentation showing she has been found entitled to proceed without payment of costs.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

130974F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JULIE HAMPTON, Appellant

No. 05-13-00974-CV      V.

643 CAPITAL AGENT/LUCY FLORES,
Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-13-03814-E.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

　　　　In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
　　　　It is **ORDERED** that appellee 643 CAPITAL AGENT/LUCY FLORES recover its costs
of this appeal from appellant JULIE HAMPTON.


Judgment entered March 26, 2014


　　　　　　　　　　　　　　　　　　　/Carolyn Wright/
　　　　　　　　　　　　　　　　　　　CAROLYN WRIGHT
　　　　　　　　　　　　　　　　　　　CHIEF JUSTICE

–3–